**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 12-12412-TAB |
|---|---|---|
| | § | |
| PATRICIA KOTHE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/11/2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   11/15/2013        By:   /s/ David P. Leibowitz
                                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 12-12412-TAB |
|---|---|---|
| | § | |
| PATRICIA KOTHE | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $20,000.00
*and approved disbursements of*     $305.93
*leaving a balance on hand of[1]:*     $19,694.07

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $19,694.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,750.00 | $0.00 | $2,750.00 |
| David P. Leibowitz, Trustee Expenses | $2.24 | $0.00 | $2.24 |
| Lakelaw, Attorney for Trustee Fees | $11,172.50 | $0.00 | $11,172.50 |
| Lakelaw, Attorney for Trustee Expenses | $213.00 | $0.00 | $213.00 |
| Lois West, Accountant for Trustee Fees | $888.00 | $0.00 | $888.00 |

Total to be paid for chapter 7 administrative expenses:     $15,025.74
Remaining balance:     $4,668.33

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $4,668.33 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $4,668.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,994.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $13,083.55 | $0.00 | $3,215.50 |
| 2 | American Express Centurion Bank | $5,911.42 | $0.00 | $1,452.83 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $4,668.33 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

**UST Form 101-7-NFR (10/1/2010)**

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-12412-TAB
Patricia Kothe                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams              Page 1 of 1              Date Rcvd: Nov 19, 2013
                               Form ID: pdf006              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2013.
```
db         +Patricia Kothe,    3150 N. Sheridan Rd,    Apt 19 C,    Chicago, IL 60657-4839
18692167    AT&T Universal Business Card,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
18692168   +AT&T Universal Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
19337297    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18692166   +Amex,    PO Box 981537,    El Paso, TX 79998-1537
18692170   +BAC Home Loans Serv LP,    450 American St. SV,    Simi Valley, CA 93065-6285
18692162   +Bank of America,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,
             Chicago, Illinois 60602-4373
18692164   +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
19287308    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18692163   +Chase Credit Services,    PO Box 15298,    Wilmington, DE 19850-5298
18692161   +Chase Home Equity,    PO Box 15298,    Wilmington, DE 19850-5298
18692169   +Chase Home Finance, LLC,    3415 Vision Dr.,    Columbus, OH 43219-6009
18692160   +Patricia Kothe,    3150 N. Sheridan Rd. #19C,    Chicago, IL 60657-4839
18692165   +Sears,    701 E. 60th St. North,    PO Box 6241,    Sioux Falls, SD 57117-6241
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18723113      E-mail/Text: ECF@SHERMETA.COM Nov 20 2013 01:11:18      JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18692159     Kothe Creditor Matrix
                                                                                             TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2013 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David P Leibowitz, ESQ    on behalf of Accountant    Popowcer Katten Ltd dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff David P Leibowitz  Trustee dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Jyothi R Martin    on behalf of Creditor    BANK OF AMERICA, N.A. jramana@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard  Valentino    on behalf of Debtor Patricia  Kothe ravlaw2@cs.com
                                                                                             TOTAL: 8
```