**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12412-TAB |
| | § | |
| PATRICIA KOTHE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $178,400.00 | Assets Exempt: | $1,950.00 |
| Total Distributions to Claimants: | $4,840.33 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $15,159.67 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $265,000.00 | $172.00 | $172.00 | $172.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $15,159.67 | $15,159.67 | $15,159.67 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $86,500.00 | $18,994.97 | $18,994.97 | $4,668.33 |
| **Total Disbursements** | $351,500.00 | $34,326.64 | $34,326.64 | $20,000.00 |

4). This case was originally filed under chapter 7 on 03/28/2012. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2014            By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Qualified Retirement Annuities John Hancock $45,000 Pacific Life $45,000 | 1129-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $205,000.00 | NA | $0.00 | $0.00 |
| | Chase Home Equity | 4110-000 | $60,000.00 | NA | $0.00 | $0.00 |
| | Illinois Department of Revenue | 4800-000 | NA | $172.00 | $172.00 | $172.00 |
| **TOTAL SECURED CLAIMS** | | | $265,000.00 | $172.00 | $172.00 | $172.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.24 | $2.24 | $2.24 |
| Green Bank | 2600-000 | NA | $133.93 | $133.93 | $133.93 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $11,172.50 | $11,172.50 | $11,172.50 |
| Lakelaw, Attorney for Trustee | 3220-000 | NA | $213.00 | $213.00 | $213.00 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $888.00 | $888.00 | $888.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $15,159.67 | $15,159.67 | $15,159.67 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $14,000.00 | $13,083.55 | $13,083.55 | $3,215.50 |
| 2 | American Express Centurion Bank | 7100-000 | $7,500.00 | $5,911.42 | $5,911.42 | $1,452.83 |
| | AT&T Universal Business Card | 7100-000 | $30,000.00 | NA | NA | $0.00 |
| | Chase Credit Service | 7100-000 | $6,000.00 | NA | NA | $0.00 |
| | Chase Credit Services | 7100-000 | $15,000.00 | NA | NA | $0.00 |
| | Sears | 7100-000 | $14,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $86,500.00 | $18,994.97 | $18,994.97 | $4,668.33 |

**UST Form 101-7-TDR (10/1/2010)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-12412-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOTHE, PATRICIA | Date Filed (f) or Converted (c): | 03/28/2012 (f) |
| For the Period Ending: | 1/16/2014 | §341(a) Meeting Date: | 05/31/2012 |
| | | Claims Bar Date: | 10/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Condominium residence located at: 3150 N. Sherdan RD.Unit' 19 "C" Chicago, IL 60657 | $175,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash in debtor's possessiom | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Cash in Checking account to play monthly bills and living expenses | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Located at debtor' s residence | $1,000.00 | $1,000.00 | OA | $0.00 | FA |
| 5 | Located at debtor' s residence | $400.00 | $400.00 | | $0.00 | FA |
| 6 | Located at debtor' s residence | $300.00 | $300.00 | | $0.00 | FA |
| 7 | Located at debtor' s residence | $500.00 | $500.00 | | $0.00 | FA |
| 8 | Qualified Retirement Annuities John Hancock $45,000 Pacific Life $45,000 | $90,000.00 | $90,000.00 | | $20,000.00 | FA |
| Asset Notes: | Debtor paid the estate for the non-exempt portion. | | | | | |
| 9 | DW Group, LLC. (Defunct) Health earget Associates, INc (Sole proprieter) | $100.00 | $100.00 | | $0.00 | FA |
| 10 | 1992 BMW 325-i | $1,200.00 | $0.00 | | $0.00 | FA |
| 11 | 1/2 interest in 1977 sailboat | $1,100.00 | $1,100.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$270,200.00        $93,400.00                                    $20,000.00        $0.00

**Major Activities affecting case closing:**

| 02/28/2013 | Objection to Exemptions Granted |
| | Motion to Employ Lakelaw Granted |
| | Debtor to turnover Annuity |
| | 9019 Motion Granted |
| 03/21/2013 | Awaiting settlment funds of $20,000.00 |
| 03/22/2013 | Review Claims and Prepare TFR |
| 06/04/2013 | Lois West preparing estate's tax return. |
| 07/31/2013 | Tax return completed. |
| 10/22/2013 | TFR sent to UST office for review and approval |

**Initial Projected Date Of Final Report (TFR):** 09/30/2013          /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**                     DAVID LEIBOWITZ

| Case No. | 12-12412-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KOTHE, PATRICIA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1857 | | Checking Acct #: | ******1201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/28/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2013 | (8) | Patricia Kothe | Settlement | 1129-000 | $20,000.00 | | $20,000.00 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.28 | $19,992.72 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $31.22 | $19,961.50 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $34.29 | $19,927.21 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $29.04 | $19,898.17 |
| 07/30/2013 | 3001 | Illinois Department of Revenue | 2013 Tax return. IL -1041-V | 4800-000 | | $172.00 | $19,726.17 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $32.10 | $19,694.07 |
| 12/12/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,750.00 | $16,944.07 |
| 12/12/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.24 | $16,941.83 |
| 12/12/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 11,172.50; Amount Allowed: 11,172.50; Distribution Dividend: 100.00; | 3110-000 | | $11,172.50 | $5,769.33 |
| 12/12/2013 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 213.00; Amount Allowed: 213.00; Distribution Dividend: 100.00; | 3220-000 | | $213.00 | $5,556.33 |
| 12/12/2013 | 3006 | Lois West | Claim #: ; Amount Claimed: 888.00; Amount Allowed: 888.00; Distribution Dividend: 100.00; | 3410-000 | | $888.00 | $4,668.33 |
| 12/12/2013 | 3007 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 13,083.55; Amount Allowed: 13,083.55; Distribution Dividend: 24.58; | 7100-000 | | $3,215.50 | $1,452.83 |
| 12/12/2013 | 3008 | American Express Centurion Bank | Claim #: 2; Amount Claimed: 5,911.42; Amount Allowed: 5,911.42; Distribution Dividend: 24.58; | 7100-000 | | $1,452.83 | $0.00 |

|  |  |  | TOTALS: | | $20,000.00 | $20,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $20,000.00 | $20,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $20,000.00 | $20,000.00 | |

| For the period of 3/28/2012 to 1/16/2014 | | For the entire history of the account between 03/22/2013 to 1/16/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,000.00 | Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 | Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 12-12412-TAB | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | KOTHE, PATRICIA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***1857 | | **Checking Acct #:** | ******1201 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 3/28/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/16/2014 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,000.00 | $20,000.00 | $0.00 |

| **For the period of 3/28/2012 to 1/16/2014** | | **For the entire history of the case between 03/28/2012 to 1/16/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,000.00 | Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 | Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ